### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

Servicios Ojeda, C.A.

v.   Case Number: 4:25−cv−01762

Chevron Corporation, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 11/20/2025

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Initial Conference


Date:   August 29, 2025

Nathan Ochsner, Clerk