**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| SERVICIOS OJEDA, C.A. § | |
| § | |
| PLAINTIFF, § | |
| § | |
| v. § | Civil Action No. 4:25-cv-1762 |
| § | |
| CHEVRON CORPORATION AND § | |
| CHEVRON USA, INC., § | |
| § | |
| DEFENDANTS. § | |

**ORDER**

Having considered the Motion to Dismiss of Defendants Chevron Corporation and Chevron USA, Inc., the Response of Plaintiff Servicios Ojeda, C.A., and the arguments of counsel, it is ORDERED that the Motion to Dismiss is DENIED (Dkts. 37, 38).

Signed this _____ day of _____, 2025 in Houston, Texas.

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE